Michael J. Niborski, Esq. (State Bar No. 192111)
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 556-9608 / Fax: (310) 556-9670
e-mail: mniborski@pryorcashman.com

Gideon Cashman, Esq. (*Admitted Pro Hac Vice*)
Tom J. Ferber, Esq. (*Admitted Pro Hac Vice*)
Sarah E. Bell, Esq. (*Admitted Pro Hac Vice*)
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6569
Tel: (212) 326-0194 / Fax: (212) 326-0806
e-mail: tferber@pryorcashman.com

*Attorneys for Defendants and Counterclaimants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LARRY NIVEN, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>TRANSCOM MEDIA, a Corporation; ROBERT MANDELL, an Individual; BALLANTINE BOOKS, a division of Random House, Inc., a corporation; SAMPLE & HOLD, INC., a corporation; NEW FRONTIER ENTERTAINMENT, LLC dba NEW FRONTIER PRODUCTIONS, INC., a limited liability company; RED SKY ENTERTAINMENT, INC., a New York Corporation, a wholly owned subsidiary of BLUE WAVE ENTERTAINMENT, INC., a corporation, and DOES 1 through 10 inclusive,<br><br>            Defendants. | Case No. CV 10-0215 AHM (JCx)<br><br>**STIPULATION TO ENTRY OF PROTECTIVE ORDER**<br><br>Complaint Filed: January 12, 2010<br>Pretrial Conference: March 7, 2011<br>Trial Date: March 22, 2011 |

1

| | |
|---|---|
| RED SKY ENTERTAINMENT, INC., a New York Corporation, RANDOM HOUSE, INC., a corporation | ) ) ) ) ) |
| Counterclaimants, | ) ) |
| vs. | ) ) ) |
| LARRY NIVEN, an individual, | ) ) ) |
| Counterdefendant. | ) ) |

**TO THIS HONORABLE COURT:**

The parties to this action, by and through their attorneys of record, submit the attached [Proposed] Protective Order, for entry by the Court. The parties contend good cause exists for entry of this Order, for the reasons set forth below:

This action involves claims relating to intellectual property rights and the exploitation thereof. In connection with their respective claims, the parties have sought the discovery of documents and information that may be particularly sensitive, confidential and/or proprietary, including financial records and contracts relating to ongoing business ventures. The parties contend this information is not ordinarily available to the public and requires special protection from disclosure pursuant to F.R.C.P. 26(c).

WHEREAS plaintiffs and defendant having stipulated to the following provisions herein and having requested that the Court issue a protective order pursuant to Fed. R. Civ. P. 26(c) to protect the confidentiality of confidential, competitively sensitive and/or proprietary information that may need to be disclosed to adversary parties in connection with discovery in this case; and

WHEREAS the parties have further consented to the form of this Order and stipulated that good cause exists for issuance of an appropriately tailored confidentiality order governing the pretrial phase of this action;

2

1       The Parties respectfully request that the Court enter the [Proposed] Protective Order in the form filed concurrently herewith.

      IT IS SO STIPULATED.

                            PRYOR CASHMAN LLP

Dated: August 10, 2010     By:   /s/ Michael J. Niborski
                                         Michael J. Niborski, Esq.
                                         1801 Century Park East, 24th Floor
                                         Los Angeles, CA 90067-2302
                                         Tel: 310/556-9608  Fax: 310/556-9670
                                         mniborski@pryorcashman.com

                                         Gideon Cashman, Esq.
                                         Tom J. Ferber, Esq.
                                         7 Times Square
                                         New York, New York 10036-6569
                                         Tel: 212/326-0194  Fax: 212/326-0806
                                         tferber@pryorcashman.com

                                         *Attorneys for Defendants and Counterclaimants*


                              BROWNE WOODS GEORGE LLP

Dated: August 10, 2010     By:   /s/ Peter W. Ross
                                         Peter W. Ross, Esq.
                                         2121 Avenue of the Stars, Suite 2400
                                         Los Angeles, CA 90067
                                         Tel: 310/274-7100
                                         Fax: 310/275-5697
                                         pross@bwgfirm.com

                                         *Attorneys for Plaintiff and Counterdefendant*