# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-00215 JST (JCx) | Date | August 11, 2010 |
| Title | Larry Niven v. Transcom Media, Inc., et al. | | |

Present: The Honorable   Jacqueline Chooljian, United States Magistrate Judge

| Kimberly I. Carter | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Ira Bibbero<br>Peter W. Ross | Tom J. Ferber |

**Proceedings:**   **SETTLEMENT CONFERENCE**

    A Settlement Conference in this matter was held on August 11, 2010.  Ira Bibbero and Peter W. Ross, counsel for plaintiff, appeared with plaintiff Larry Niven.  Vince Gerardis, plaintiff's Business Advisor was also present.  Tom J. Ferbert, counsel for defendants, appeared with Micky Hyman and Robert Mandel, representatives of Red Sky and Katherine Traeger, general counsel for Random House.  A settlement was not reached in this matter.

<u>9</u> <u>hours</u>

Initials of Deputy Clerk   kc