1  BROWNE WOODS GEORGE LLP
   Eric M. George (SBN 166403)
2  egeorge@bwgfirm.com
   Peter W. Ross (SBN 109741)
3  pross@bwgfirm.com
   Peter M. Shimamoto (SBN 123422)
4  pshimamoto@bwgfirm.com
   2121 Avenue of the Stars, Suite 2400
5  Los Angeles, CA  90067
   Tel:  310.274.7100 / Fax:  310.275.5697
6
   Attorneys for Plaintiff and Counterdefendant
7  LARRY NIVEN

8                UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LARRY NIVEN, an individual,<br><br>    Plaintiff,<br><br>   vs.<br><br>TRANSCOM MEDIA, INC., a corporation; ROBERT MANDELL, an individual; BALLANTINE BOOKS, a division of Random House, Inc., a corporation; SAMPLE & HOLD, INC., a corporation; NEW FRONTIER ENTERTAINMENT, LLC dba NEW FRONTIER PRODUCTIONS, INC., a limited liability company; RED SKY ENTERTAINMENT, INC., a New York corporation, a wholly owned subsidiary of BLUE WAVE ENTERTAINMENT, INC., a corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. CV 10-00215-JST (JCx)<br>Assigned to Judge Josephine Staton Tucker<br><br>**STATUS REPORT RE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE CHOOLJIAN**<br><br>Complaint Filed:  January 12, 2010 |
| RED SKY ENTERTAINMENT, INC., a New York Corporation,<br><br>    Counterclaimant,<br><br>   vs.<br><br>LARRY NIVEN, an individual,<br><br>    Counterdefendant. | |

255772_1.DOC                           -1-

Status Report re Settlement Conference Before Magistrate Judge Chooljian

TO THE COURT AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

    Plaintiff Larry Niven submits this status report pursuant to the Court's order dated May 17, 2010 (Document #25). On August 11, 2010, Magistrate Judge Chooljian convened a settlement conference, which was attended by representatives of each of the parties and their counsel. The parties made significant progress towards settlement at the conference, but did not reach a settlement. On August 12, 2010, the parties reconvened on their own and reached a settlement in principle. Plaintiff will file an additional status report when the parties reach a final settlement of their disputes.

DATED: August 13, 2010    BROWNE WOODS GEORGE LLP
    Eric M. George
    Peter W. Ross
    Peter M. Shimamoto

By  /s/ Peter M. Shimamoto
    Peter M. Shimamoto

Attorneys for Plaintiff and Counterdefendant
LARRY NIVEN

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2121 Avenue of the Stars, 24th Fl., Los Angeles, CA 90067.

On August 13, 2010, I served the foregoing document described as: **STATUS REPORT RE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE CHOOLJIAN** on the parties in this action by serving:

### SEE ATTACHED SERVICE LIST

☐ **By Envelope** - by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

☐ **By Mail**: As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **By Email Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on August 13, 2010, at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
G. Diane Torosyan

255772_1.DOC                                   -3-

<u>Service List</u>
*Larry Niven v. Transcom Media, Inc., etc., et al.*
USDC Central Case No. CV 10-00215-AHM (JCx)

| | |
|---|---|
| Michael J. Niborski, Esq.<br>PRYOR CASHMAN LLP<br>1801 Century Park East, 24th Fl.<br>Los Angeles, CA 90067-2302<br>Telephone: 310.556.9608<br>Facsimile: 310.556.9670<br>mniborski@pryorcashman.com | Local Counsel for Defendants |
| Gideon Cashman, Esq.<br>Tom J. Ferber, Esq.<br>Sarah E. Bell, Esq.<br>PRYOR CASHMAN LLP<br>7 Times Square<br>New York, NY 10036-6569<br>Telephone: 212.326.0194<br>Facsimile: 212.326.0806<br>tferber@pryorcashman.com<br>gcashman@priorcashman.com<br>sbell@pryorcashman.com | Co-Counsel for Defendants |
255772_1.DOC

-4-
Status Report re Settlement Conference Before Magistrate Judge Chooljian